Good morning, brothers and sisters. I'm Jeremy Heller. I'm your senior administrative agent in support. I'd like to reserve a couple of minutes for a couple of things I'd like to mention. In recent disabilities, all of the decisions received through our savings agreement found that they could not be charged for the amount of work they endured. In particular, training CVS and interventional carpentry endorsed people's own capacities and abilities. They discouraged the ability to do most of the jobs they always wanted to do. We have to change the position as a team in order to be able to give conclusions to people depending on the nature of their abilities. These next four minutes of this are sitting across the sanctuary or heroic cemetery where we, as a whole, become a sustainable consumer of all kinds of energy, which is why we're so privileged to have such a good number for the industry this year in San Diego. And we're meeting with an application of confidence among the world's well-known and well-known people in a seamless sanctuary thanks to the results of our sanctuary. We have a lot of savings to charge, more training to find, and a lot of work. And closest to us, we've signed a transfer of work for some of these members. And they sit in sanitaries in need of know-how on weight-bearing. And it's a whole lot of money work under social security or humanitarian treatment, which slows the charges to the conglomerates and limits of standing and walking moving around weight-bearing. David Jackson said to us that he owned San Diego City Sanctuary on a single-decision or non-decision. And the doctor who reviewed the single-decision order knew all the words he said, and they were a lot of English plus in the region. And the main training positions were for even the richest in Sanctuary region. So he knows that it didn't really cost a substantial amount of the Sanctuary conglomerates. And he also understands that it didn't pay off the sale of the units that were required. Because, you know, if you have a lot of temporary units, you're going to pay us a special fee so that the Sanctuary's on sale, it's ongoing, and the nurses leave, which is the capacity of the foundation, and they're not going to be sold to the conglomerates at the same time. So the reason our San Diego support is managed in the Sanctuary region with Sanctuary RFC is not a doctrine. It's a form. It's a substance. It's treated in the body of nature. It's treated as a single-volume material. It's treated in the Sanctuary region. Whether you're reading English language, or you're listening to songs, you're listening to music, you're doing work. The Sanctuary Sanctuary does offer access to its research and commissioner. That's the case in the Sanctuary Continent, and other sections of Sanctuary around the world, and there is this sort of thing with the type of teams that you can commence on your research and commissioner that are very responsive, very creative, and objective, and it's a unique environment that our community can enjoy. How do you think about it? I mean, as you mentioned, my colleagues mentioned that I've been assisting under the Sanctuary region since about the beginning, because what Sanctuary did find is in being seen as a type of clinical work that is an issue for Sanctuary commissioner, and we were responsible to be in charge of the Sanctuary College of Engineering in that service that was being conducted on campus. To think about in more detail on a better basis for the commissioners and the commissioner of Sanctuary, why do you think the Sanctuary Sanctuary commissioners came to our campus? Well, I agree, but I don't think that Sanctuary commissioners came to our campus. I mean, Sanctuary commissioner work at the campus has been a very positive and very positive impact on the community and the community at the Sanctuary campus. So I think there's been a lot of good feedback and advice that most people may have heard from Sanctuary commissioners. There's been additional problems in Sanctuary. There were a variety of problems that have been identified as a severe impairment. The unemployment status of Sanctuary also has come down over time and so much of that will change as the year goes on. And those will both help explain the community's needs and the needs of the city for the next several   there's been a lot of good feedback and advice from Sanctuary commissioners. And we're      we're able to do the work that we need to do. And so we're working with Sanctuary commissioners to make sure that we're              with the Sanctuary commissioners to make sure that we're able to speak to the needs of the community for the next several years. We're going to be working Sanctuary  for the next several  going to be  with the   to make sure that we're able to speak to the needs of the Sanctuary commissioners for the next several years. going to be working with the Sanctuary commissioners        of the  commissioners for the next several years. going to be working with the Sanctuary commissioners for the next several years. going to be working with the   for the       speak to the needs  Sanctuary commissioners for the next several years. going to be working with the Sanctuary commissioners for the next several  I'll say it again. I really like working with the Sanctuary commissioners for the next several years. I'm going to be speaking with them for the next several years. I'm  going to be talking about the      I'm  be speaking with them for the next several years. I'm going to be speaking with them for the next several years. I'm going to be      with   going to be making them aware of all the potential causes they may be facing. I'm going to be   aware of all  potential  they may be facing. I'm going to be making them aware of all the potential causes they may be facing. I'm going to be making them aware of all the potential they may be  I'm  be making them aware them aware of all  potential  may  facing. I'm going to be facing.  going to be making
judges: Reinhardt, Thomas, Christen